**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM VICTOR LUNA, | ) NO. CV 07-1603-JFW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WILLIAM SULLIVAN, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  May 17, 2010  .

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE